People v Ramirez (2021 NY Slip Op 50104(U))

[*1]

People v Ramirez (Juan)

2021 NY Slip Op 50104(U) [70 Misc 3d 139(A)]

Decided on February 11, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on February 11, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Higgitt, Brigantti, JJ.

16-341

The People of the State of New York,
Respondent, 
against
Juan Ramirez, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Lyle E. Frank, J.), rendered February 29, 2016, convicting him, upon his plea of
guilty, of reckless driving, and imposing sentence.

Per Curiam.
Judgment of conviction (Lyle E. Frank, J.), rendered February 29, 2016, affirmed. 
Since defendant waived prosecution by information, the accusatory instrument only had to
satisfy the reasonable cause requirement of a misdemeanor complaint (see People v Dumay, 23 NY3d
518, 522 [2014]). So viewed, the complaint charging reckless driving (see Vehicle
and Traffic Law § 1212) was jurisdictionally valid. The instrument recited that a police
officer observed defendant, at a specified location at 4:20 a.m., drive his vehicle through two red
lights while talking on a cell phone and while there were "numerous other vehicles on the road."
These allegations were sufficient for pleading purposes, since they provided reasonable cause to
believe that defendant "unreasonably endanger[ed] users of the public highway" (Vehicle and
Traffic Law § 1212; see People v Grogan, 260 NY 138, 144 [1932]; People v Goldblatt, 98 AD3d 817
[2012], lv denied 20 NY3d 932 [2012]; People v Medard, 63 Misc 3d 165[A], 2019 NY Slip Op
50943[U][App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2019], lv denied 34 NY3d
934 [2019]), and provided sufficient detail to enable defendant to prepare a defense and invoke
his protection against double jeopardy (see People v Kasse, 22 NY3d 1142, 1143 [2014]).
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: February 11, 2021